JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARCH ARNEL NAMATAY, an Individual,

        Plaintiff,

        v.

Space Exploration Technologies Corp. (dba SPACEX), a Texas Corporation; The Larkin Company, a California Corporation; and DOES 1 through 10, inclusive,

        Defendants.

Case No.: 2:24-cv-10915-SVW-KS

District Judge: Hon. Stephen V. Wilson
Magistrate Judge: Karen L. Stevenson

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Action Filed: December 2, 2024
Action Removed: December 18, 2024

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**[PROPOSED] ORDER**

The Joint Stipulation of Dismissal With Prejudice having been filed by all remaining parties to this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the above-captioned action, *March Arnel Namatay v. Space Exploration Technologies Corp., et al.*, Case No. 2:24-cv-10915-SVW-KS, is hereby dismissed with prejudice in its entirety. All claims asserted by Plaintiff MARCH ARNEL NAMATAY against Defendant SPACE EXPLORATION TECHNOLOGIES CORP. are dismissed with prejudice. Each Party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 11, 2026

_____
The Hon. Stephen V. Wilson
United States District Judge

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)